**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**

February 09, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
NM

DEPUTY

| | | |
|---|---|---|
| **ARNOLDO TIUL CAAL and K.M.T.B., a Minor Child by and through Her Parent and Guardian Arnoldo Tiul Caal,** | § § § § § § | |
| **Petitioners,** | § § § | **NO. SA-26-CV-00625-OLG** |
| **v.** | § § § | |
| **KRISTI NOEM, Secretary, U.S. Department of Homeland Security,** *et al.*, | § § § § | |
| **Respondents.** | § | |

## DISMISSAL ORDER

Before the Court is the status of this habeas proceeding, which Petitioners initiated on February 2, 2026. (*See* Dkt. No. 1.) On February 6, 2026, the parties filed a Joint Advisory notifying the Court that Petitioners had been released from custody under their previous Order of Release on Recognizance. (Dkt. No. 8 at 1.) As such, the parties "agree the Petition is now moot." (*Id.* at 2.) The Petition (Dkt. No. 1) is therefore **DISMISSED WITHOUT PREJUDICE**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on February 9, 2026.

_____
ORLANDO L. GARCIA
United States District Judge